UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KEVIN JOHN WITASICK, SR., and WHITNEY S. WITASICK, h/w, | : | Hon. Joseph H. Rodriguez |
| | : | Civil Action No. 12-3474 |
| Plaintiffs, | | |
| v. | : | |
| | | ORDER |
| MINNESOTA MUTUAL LIFE INS. CO. a/k/a MINNESOTA LIFE INS. CO., | : | |
| A SECURIAN COMPANY, and STANDARD INSURANCE COMPANY | : | |
| a/k/a STANDARD LIFE INS. CO., | : | |
| Defendants. | : | |

This matter having come before the Court on the Report and Recommendation ("R & R") of United States Magistrate Judge Joel Schneider filed on February 4, 2015 and served on February 5, 2015, regarding Defendant's renewed Motion for Attorney's Fees, etc. [Doc. No. 66]; and

The Court having reviewed the R & R and finding that no objections have been filed thereto; and

For good cause shown,

IT IS ORDERED this 23rd day of February, 2015 that the Report & Recommendation is <u>APPROVED</u> and <u>ADOPTED</u>.

IT IS FURTHER ORDERED that Defendant's renewed Motion for Attorney's Fees, etc. is hereby <u>GRANTED</u>.

   /s/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
U.S.D.J.

1